[Civ. No. 15486.   First Dist., Div. Two.   June 9, 1953.]

E. A. TALIAFERRO, Appellant, v. ERNEST WAMPLER et al., Respondents.

E. A. Taliaferro, in pro. per., for Appellant.

Richard C. Johnston for Respondents.

DOOLING, J.— Plaintiff has attempted to appeal from a minute order and a written order subsequently signed by the trial judge sustaining a demurrer to his second amended complaint without leave to amend. No judgment appears in the record and since no appeal lies from an order sustaining demurrer the appeal must be dismissed. (*Cole* v. *Rush,* 40 Cal.2d 178 [252 P.2d 1].)

Appeal dismissed.

Nourse, P. J., and McComb, J. assigned, concurred.